UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY MUSE, | Case No. CV 08-2749 SJO (JC) |
| Petitioner, | ~~(PROPOSED)~~ JUDGMENT |
| v. | |
| NORTH KERN STATE PRISON (WARDEN) | |
| Respondent. | |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED: July 2, 2012

*S. James Otero*
_____
HONORABLE S. JAMES OTERO
UNITED STATES DISTRICT JUDGE